THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00087-MR

| | |
|---|---|
| LUCIA GREENE, Individually and as Executrix of the Estate of Paul Pacquan Greene, Jr., deceased, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | **O R D E R** |
| ALFA LAVAL, INC., et al., ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney Kevin W. Paul as counsel *pro hac vice* [Doc. 19]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 19] is **ALLOWED**, and Kevin W. Paul is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: January 8, 2014

Martin Reidinger
United States District Judge