THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00087-MR

| | |
|---|---|
| LUCIA GREENE, Individually and as Executrix of the Estate of Paul Pacquan Greene, Jr., deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>ALFA LAVAL, INC., et al.,<br><br>    Defendants. | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney Tiffany Newlin Dickenson as counsel *pro hac vice* [Doc. 20]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 20] is **ALLOWED**, and Tiffany Newlin Dickenson is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: January 8, 2014

Martin Reidinger
United States District Judge