# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:12-cv-00087-MR

| | | |
|---|---|---|
| LUCIA GREENE, Individually and as Executrix of the Estate of Paul Pacquan Greene, Jr., deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **O R D E R** |
| ALFA LAVAL, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

**THIS MATTER** is before the Court on the Defendant Grobet USA's motion for the admission of attorney Charles M. McGivney as counsel *pro hac vice* [Doc. 23]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 23] is **ALLOWED**, and Charles M. McGivney is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**          Signed: January 8, 2014

Martin Reidinger
United States District Judge