THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00087-MR

| | |
|---|---|
| LUCIA GREENE, Individually and as Executrix of the Estate of Paul Pacquan Greene, Jr., deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>ALFA LAVAL, INC., et al.,<br><br>    Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Metropolitan Life Insurance Company [Doc. 34].

For the reasons stated in the parties' Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 34] is **GRANTED**, and the Plaintiffs' claims against the Defendant Metropolitan Life Insurance Company are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: May 20, 2014

Martin Reidinger
United States District Judge