THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00087-MR

| | |
|---|---|
| LUCIA GREENE, Individually and as Executrix of the Estate of Paul Pacquan Greene, Jr., deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) **O R D E R** ) |
| ALFA LAVAL, INC., et al., | ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the parties' motion seeking additional time to respond to the Daubert motions filed concerning their respective experts [Docs. 87, 89].

For the reasons stated in the motions, and for cause shown, the Court will allow a limited extension of time for the parties to respond to the Daubert motions concerning their respective experts. In order to allow the Court adequate time to review such responses prior to the pretrial conference, however, the time for the filing of responses shall be extended only to August 22, 2014.

**IT IS, THEREFORE, ORDERED** that the parties' motions [Docs. 87, 89] are **GRANTED IN PART** to the extent that the parties shall have through and including **the close of business on Friday, August 22, 2014** within which to respond to the <u>Daubert</u> motions concerning their respective experts.

**IT IS SO ORDERED.**

Signed: August 15, 2014

Martin Reidinger
United States District Judge