IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00087-MR

| | |
|---|---|
| LUCIA GREENE, Individually and as Executrix of the Estate of Paul Pacquan Greene, Jr., deceased, <br><br> Plaintiff, <br><br> vs. <br><br> ALFA LAVAL, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) **O R D E R** ) ) ) ) ) |

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal of Paul H. Gesswein & Company, Inc. [Doc. 138].

For the reasons stated in the parties' Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 138] is **GRANTED**, and the Plaintiffs' claims against the Defendant Paul H. Gesswein & Company, Inc. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: November 20, 2014

Martin Reidinger
United States District Judge