# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:12-cv-00087-MR

| | |
|---|---|
| LUCIA GREENE, Individually and as Executrix of the Estate of Paul Pacquan Greene, Jr., deceased, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | **O R D E R** |
| ALFA LAVAL, INC., et al., ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal of General Electric Company [Doc. 141].

For the reasons stated in the parties' Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 141] is **GRANTED**, and the Plaintiffs' claims against the Defendant General Electric Company and its wholly owned subsidiaries are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: December 5, 2014

Martin Reidinger
United States District Judge