THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00087-MR

| | |
|---|---|
| LUCIA GREENE, Individually and as Executrix of the Estate of Paul Pacquan Greene, Jr., deceased, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALFA LAVAL, INC., et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal of Kerr Corporation [Doc. 140].

For the reasons stated in the parties' Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 140] is **GRANTED**, and the Plaintiffs' claims against the Defendant Kerr Corporation and its wholly owned subsidiaries are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: December 5, 2014

Martin Reidinger
United States District Judge